IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-287-BO

| | |
|---|---|
| DICK GORAN MALMGREN,<br>Petitioner,<br><br>v.<br><br>LISHA CHEVONNE MALMGREN,<br>Respondent. | )<br>)<br>)<br>)    O R D E R<br>)<br>)<br>)<br>) |

This matter comes before the Court on petitioner's notice of withdrawal of his emergency motion for an order directing the U.S. Marshals to assist in the execution of the Court's February 7, 2019 judgment. [DE 42]. For good cause shown, the emergency motion is hereby TERMINATED. Respondent is not required to respond to the emergency motion. As of this date, the only motion that remains pending is petitioner's motion for a bill of costs. [DE 43].

SO ORDERED, this _20_ day of February, 2019.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE