IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-287-BO

| | |
|---|---|
| DICK GORAN MALMGREN,<br>Petitioner, | )<br>)<br>) |
| v. | )     O R D E R<br>) |
| LISHA CHEVONNE MALMGREN,<br>Respondent. | )<br>)<br>) |

This matter comes before the Court on petitioner's motion for bill of costs [DE 43] and respondent's motion for disallowance of costs [DE 49]. The Court, in its prior order denying petitioner's motion for an award of attorneys' fees and expenses, determined that "granting petitioner's motion and awarding attorneys' fees and costs would be clearly inappropriate." [DE 52]. Petitioner's unsuccessful motion had "incorporate[d] the Bill of Costs filed in this matter . . . by reference, as though restated in its entirety herein." [DE 48, p. 3]. As such, the Court now clarifies that its prior order operated as a denial of both petitioner's motion for attorneys' fees and expenses and petitioner's motion for bill of costs. In light of this clarification, petitioner's motion for bill of costs [DE 43] is DENIED and respondent's motion for disallowance of costs [DE 49] is GRANTED.

SO ORDERED, this 20 day of August, 2019.

                                         *Terrence W. Boyle*
                                         TERRENCE W. BOYLE
                                         CHIEF UNITED STATES DISTRICT JUDGE